UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
In re:

Robert L. Cook and Joan L. Cook,             Case No.  15-37227
                                                                                              Chapter 13

                             Debtors.
------------------------------------------------------------------X

**ORDER EXTENDING AUTOMATIC STAY**

On December 4, 2015, Debtors brought a motion pursuant to 11 USC §362(c)(3)(b) to extend the automatic stay.

IT IS ORDERED THAT:

The automatic stay is hereby extended through April 13, 2016 unless it is modified by further court order.



**Dated: February 17, 2016**
      **Poughkeepsie, New York**

/s/ Cecelia G. Morris
_____
**Hon. Cecelia G. Morris**
**Chief U.S. Bankruptcy Judge**

1